# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ALLEN JAVAUX,<br><br>       Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>       Defendant.<br>_____/ | Case No. 1:24-cv-00789-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

   Plaintiff Chad Javaux filed a complaint on July 8, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

   2.   The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **July 10, 2024**              */s/ Sheila K. Oberto*            
                                  UNITED STATES MAGISTRATE JUDGE