Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
CHAD ALAN JAVAUX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ALAN JAVAUX, | No.  1:24-cv-00789-SKO |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION SEEKING LEAVE TO FILE PLAINTIFF'S OPENING BRIEF WITH A POST-HOC 3-DAY FURTHER EXTENSION; ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **(Doc. 15)** |

On October 7, 2024, the Court granted Plaintiff's request for a thirty (30) day extension of time to file Plaintiff's Opening Brief. (Doc. 13). Plaintiff's brief was to be filed no later than Friday, November 8, 2024. *Id.* Due to illness, Plaintiff's counsel was unable to timely file Plaintiff's Opening Brief. Plaintiff's counsel subsequently filed the brief on Monday, November 11, 2024, prior to the Court's return from the Veteran's Day holiday. (Doc. 14). Plaintiff's counsel sincerely apologizes to the Court for any inconvenience the unintended delay has caused and seeks leave to allow the Opening Brief to be filed and considered. Counsel for the Defendant Commissioner of Social Security ("Commissioner") informed Plaintiff's counsel by email on today's date that the Commissioner has no objection to the delay and does not oppose this motion.

MOTION AND [PROPOSED] ORDER SEEKING LEAVE TO FILE PLAINTIFF'S OPENING BRIEF WITH A POST-HOC 3-DAY FURTHER EXTENSION

Dated: November 12, 2024

Respectively submitted,
NEWEL LAW

By:   *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
CHAD ALAN JAVAUX

**ORDER**

Good cause having been shown,

**IT IS ORDERED** that Plaintiff's unopposed motion (Doc. 15) is be granted, and Plaintiff

is given leave to file his Opening Brief on November 11, 2024, *nunc pro tunc*. As November 11,

2024 was observed as a federal holiday, all corresponding deadlines in the Scheduling Order

(Doc. 13) are modified accordingly using a file date of November 12, 2024.

IT IS SO ORDERED.

Dated:   **November 12, 2024**          /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

MOTION AND [PROPOSED] ORDER SEEKING LEAVE TO FILE PLAINTIFF'S OPENING BRIEF WITH A
POST-HOC 3-DAY FURTHER EXTENSION