Melissa Newel (CA #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
CHAD ALAN JAVAUX

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI (CA #216963)
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235-6401
(510) 970-4864
Mary.Tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ALAN JAVAUX,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>            Defendant. | No.  1:24-CV-00789 (SKO)<br><br>**STIPULATION AND UNOPPOSED MOTION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)); ORDER**<br><br>**(Doc. 21)** |

1   IT IS HEREBY STIPULATED by and between the parties, through their
2   undersigned attorneys, subject to the approval of the Court, that Chad Alan Javaux ("Plaintiff")
3   be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d),
4   in the amount of eight thousand eight hundred and ninety-one dollars and ninety-four cents
5   ($8,891.94). This represents compensation for all legal services rendered on behalf of Plaintiff by
6   counsel in connection with this civil action to date, in accordance with 28 U.S.C. §2412 (d).
7   After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8   the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9   *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10  attorney fees are subject to any offset allowed under the United States Department of the
11  Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12  determine whether they are subject to any offset.
13  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15  payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16  "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
17  made shall be delivered to Plaintiff's counsel by electronic transfer or by check.
18  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19  attorney fees and does not constitute an admission of liability on the part of Defendant under
20  EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and
21  bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA
22  attorney fees and expenses in connection with this action.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

                                                 Respectfully submitted,

Dated: February 4, 2025                  NEWEL LAW

                                    By:   *Melissa Newel*
                                                Melissa Newel
                                                Attorney for Plaintiff
                                                CHAD ALAN JAVAUX

Dated: February 4, 2025                  MICHELE BECKWITH
                                                Acting United States Attorney
                                                MATHEW W. PILE
                                                Associate General Counsel
                                                Office of Program Litigation, Office 7
                                                Social Security Administration

                                      By:   Mary Tsai*
                                                MARY TSAI
                                                (**Authorized by email dated 02/04/2025*)
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **eight thousand eight hundred and ninety-one dollars and ninety-four cents ($8,891.94)** be awarded subject to the terms of the Stipulation (Doc. 21).

IT IS SO ORDERED.

Dated:  **February 5, 2025**                  /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND UNOPPOSED MOTION FOR AWARD AND PAYMENT
OF ATTORNEYS FEES PURSUANT TO THE EAJA; ORDER